ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| TMV, LLC DBA Triune Associates | ) ASBCA No. 63094 |
| | ) |
| Under Contract No. SPE600-16-D-4513 | ) |

APPEARANCE FOR THE APPELLANT:      Dennis C. Ehlers, Esq.
      Asmar Schor McKenna PLLC
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
      DLA Chief Trial Attorney
      Alex M. Mayfield, Esq.
      Trial Attorney
      DLA Energy
      Fort Belvoir, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 2, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63094, Appeal of TMV, LLC DBA Triune Associates, rendered in conformance with the Board's Charter.

Dated:  March 2, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals